ACCEPTED
03-15-00259-CV
7744996
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 2:08:31 PM
JEFFREY D. KYLE
CLERK



**Bickerstaff**
Heath Delgado Acosta LLP

November 9, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 2:08:31 PM
JEFFREY D. KYLE
Clerk

*Via Efiling*

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas  78711-2547

Re:     Case No. 03-15-00259-CV; *Becky, Ltd. v. The City of Cedar Park, et al.;* In the
Court of Appeals for the Third Judicial District of Texas

Dear Mr. Kyle:

We are in receipt of the notice of setting for submission and oral argument on December 2, 2015 at 1:30 p.m. for the above-referenced matter.  This letter is to notify you of our intention to argue this case before the Court.  Cobby A. Caputo will argue on behalf of Appellees, The City of Cedar Park, Stephen Thomas, Matt Powell, Mitch Fuller, Lyle Grimes, Lowell Moore, Jon Lux, and Don Tracy.

Thank you for your attention to this matter.  Should you have any questions or comments regarding the above, please do not hesitate to contact me.

Sincerely,

*/s/ Bradley B. Young*
Bradley B. Young

Attorneys for Appellees
The City of Cedar Park, et al.

BBY/bv

cc:     *Via Efiling*

Elizabeth G. Bloch
Leonard B. Smith

Attorneys for Appellant
Becky, Ltd.

---